IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAN SANCHEZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 04:10-cv-02993 |
| | § | |
| UNIVERSAL MUSIC GROUP, INC. | § | |
| D/B/A FONOVISA AND | § | |
| UMG RECORDING, INC. | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## **PLAINTIFF'S, ADAN SANCHEZ, PROPOSED FINAL JUDGMENT**

Plaintiff, Adan Sanchez, sued Defendants Universal Music Group, Inc. d/b/a Fonovisa and UMG Recordings, Inc. claiming copyright infringement *inter alia*. On October 4, 2011, pursuant to Fed. R. Civ. P. 68, Universal Music Group, Inc. d/b/a Fonovisa and UMG Recording, Inc. served an Offer of Judgment on Plaintiff. Plaintiff timely filed his Notice of Acceptance of Defendants' Offer of Judgment on October 13, 2011. *See* Docs. 44, 44-1.

Final Judgment is hereby entered in favor of Plaintiff Adan Sanchez and against Defendants Universal Music Group, Inc. d/b/a Fonovisa and UMG Recordings, Inc. in the amount of THIRTY-ONE THOUSAND DOLLARS ($31,000.00), inclusive of costs and fees.

Dated: __Nov 14__, 2011

_____
UNITED STATES DISTRICT JUDGE